UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **THOMAS A. KOTSAKIS, JR., AND** | ) | Bankruptcy No. 16-14575 |
| **KRISTIN M. KOTSAKIS,** | ) | |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 26, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

DENNISE L. MCCANN
ANDERSON & ASSOCIATES, P.C.
400 S. COUNTY FARM RD., Ste. 320
WHEATON, IL 60187

**VIA REGULAR MAIL**

Thomas and Kristin Kotsakis
218 Regency Court West
St. Charles, IL 60175

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

AmeriCredit Fin. Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Fifth Third Bank
PO Box 9013
Addison, TX 75001

Department Store National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

First Merchants Bank, an Indiana Bank
8001 Broadway, Suite 400
Merrillville, IN 46410

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Portfolio Recovery Assoc., LLC
Successor to NORDSTROM FSB
POB 41067
Norfolk, VA 23541

Portfolio Recovery Assoc., LLC
Successor to CITIBANK, N.A.
(BEST BUY)
POB 41067
Norfolk, VA 23541

Morgan Stanley Smith Barney
FA Notes Holdings LLC
c/o Westerman Ball Ederer
Miller Zucker,
1201 RXR Plaza
Uniondale, NY 11556

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,
PO Box 19008
Greenville, SC 29602
75 Remittance Dr., Ste. 3163
Chicago, IL 60675

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
630-510-0000